IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 15 2017

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 6:17CR 9 |
| D'BRONSON DAYTON BROWN | § | JUDGE RC/ JDL |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 922(g)(1) (Felon in possession of firearms and ammunition)

On or about October 15, 2016, in Gregg County, Texas, in the Eastern District of Texas, **D'Bronson Dayton Brown**, Defendant herein, did knowingly and unlawfully possess firearms and ammunition, specifically:

a Glock, model 27, 40 caliber pistol, bearing serial number SUN235;

a Smith & Wesson, model SE9VE, 9mm pistol, bearing serial number DWK2633;

and approximately 32 rounds of ammunition;

which firearms and ammunition had been shipped in interstate commerce, and the Defendant possessed the firearms and ammunition after having been convicted of crimes punishable by terms of imprisonment exceeding one year, specifically the felony offenses of:

Possession of a Controlled Substance, in Gregg County, Texas, in 2001;

**Indictment – Page 1**

Evading Arrest with Vehicle, in Gregg County, Texas, in 2004;

Tampering with Evidence, in Gregg County, Texas, in 2004; and

Possession of a Controlled Substance, in Gregg County, Texas, in 2012;

In violation of 18 U.S.C. § 922(g)(1).

**Indictment – Page 2**

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(1) (Felon in possession of firearms and ammunition)

On or about December 29, 2016, in Gregg County, Texas, in the Eastern District of Texas, **D'Bronson Dayton Brown**, Defendant herein, did knowingly and unlawfully possess a firearm and ammunition, specifically:

A Taurus, model PT24, 40 caliber pistol, bearing serial number SZA72950;

and approximately 15 rounds of ammunition;

which firearm and ammunition had been shipped in interstate commerce, and the Defendant possessed the firearm and ammunition after having been convicted of crimes punishable by terms of imprisonment exceeding one year, specifically the felony offenses of:

Possession of a Controlled Substance, in Gregg County, Texas, in 2001;

Evading Arrest with Vehicle, in Gregg County, Texas, in 2004;

Tampering with Evidence, in Gregg County, Texas, in 2004; and

Possession of a Controlled Substance, in Gregg County, Texas, in 2012;

In violation of 18 U.S.C. § 922(g)(1).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

### Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this Indictment, Defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 any property constituting, or derived from proceeds the person obtained directly or indirectly, as the result of such violation; and any and all personal property used or intended to be used to commit the offense, including but not limited to the following:

**Firearms and Ammunition**
Any and all firearms, ammunition, and accessories seized from defendant(s), including but not limited to the following:

a Glock, model 27, 40 caliber pistol, bearing serial number SUN235;

a Smith & Wesson, model SE9VE, 9mm pistol, bearing serial number DWK2633;

approximately 32 rounds of ammunition;

A Taurus, model PT24, 40 caliber pistol, bearing serial number SZA72950;

approximately 15 rounds of ammunition;

**Substitute Assets**

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the Defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 28 U.S.C. § 2461.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

Date: 2/15/17

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
MARY ANN COZBY
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 6:17CR___ |
| D'BRONSON DAYTON BROWN | § | JUDGE _____ |

## NOTICE OF PENALTY

### COUNTS ONE and TWO

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00